IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 13-cr-00015-CMA-GPG

Date: March 17, 2014

UNITED STATES OF AMERICA,
Plaintiff,

vs.

(1) FRANKLIN THAD HARRIS

(2) MERLIN UNRUH
Defendants.

_____

Minute Order

_____

        This matter is for Advisement on the Superseding Information on April 14, 2014 at 11:00 a.m.