IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER

Criminal Case No. 13-CR-00015-CMA-gpg
Date: April 9, 2013

UNITED STATES OF AMERICA,
Plaintiff,

V.

FRANKLIN THAD HARRIS,
Defendant.

---

Order re: Motion to Allow Defense Counsel to appear by VTC

---

Motion to Allow Defense counsel to appear by Video Conference is granted.

Done this 9th day of April, 2014.

By the Court

Gordon P. Gallagher
Magistrate Judge