IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00015-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     FRANKLIN THAD HARRIS,

       Defendant.
_____

**FORFEITURE MONEY JUDGMENT AS TO FRANKLIN THAD HARRIS AND
PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE ASSET**
_____

THIS MATTER comes before the Court on the Unopposed Motion for Forfeiture Money Judgment as to Franklin Thad Harris and Preliminary Order of Forfeiture of Substitute Asset.  The Court having read said Motion and being fully advised in the premises finds:

THAT on July 17, 2014, defendant Harris pled guilty to Count Thirty-Seven of the Indictment with a money laundering violation of 18 U.S.C. § 1957;

THAT the defendant is subject to a Forfeiture Money Judgment to the United States pursuant to 18 U.S.C. § 982(a)(1) in the amount of $72,000.00, which constitutes property involved in the money laundering offense charged in Court Thirty-Seven;

THAT the United States has identified an asset in which defendant Harris has an interest, and seeks forfeiture of this asset as a substitute asset to satisfy the money judgment pursuant to Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure;

1

THAT based on the Plea Agreement, the United States has established the requisite nexus for the amount of the money judgment based on the offense to which defendant Harris has pled guilty; and

THAT prior to the disposition of the asset, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a money judgment in the amount of $72,000.00, which constitutes property involved in the money laundering offense charged in Court Thirty-Seven, is entered against defendant Harris in favor of the United States, in accordance with 18 U.S.C. § 982(a)(1); and that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the Unopposed Motion for Preliminary Order of Forfeiture of Substitute Asset is granted as to the following property:

a.      3051 B ½ Road, Grand Junction, Colorado, including all attachments, fixtures, and appurtenances thereto, more fully described as:

> Part of the NW ¼ of the SE ¼ of Section 28, Township 1 South, Range 1 East of the Ute Meridian, and being more particularly described as follows:  Beginning at the Northwest corner of the said NW ¼ of the SE ¼ ; thence N89 degrees44'31" E 180.09 feet; thence S00 degrees01'05" E 250.00 feet; thence N89 degrees 44'31"E 150.00 feet; thence S 00 degrees01'05"E 272.57 feet; thence S 89 degrees44'31"W 330.09 feet; thence N00 degrees 01'04"W 522.57 feet to the point of beginning, County of Mesa, State of Colorado.

2

It is FURTHER ORDERED, that pursuant to the provisions of Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, defendant Harris's interest in the substitute asset identified above is forfeited to the United States for disposition according to law. Such forfeiture shall be in satisfaction of the defendant's Forfeiture Money Judgment in the amount of $72,000.00;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall notice all potential third parties with an interest in the subject asset and publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in any ancillary proceedings.

SO ORDERED this 28th day of  January, 2015.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge