IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00015-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FRANKLIN THAD HARRIS,

    Defendant.

## FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for Substitute Asset (Doc. #257). The Court, having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on April 14, 2014;

THAT a Forfeiture Money Judgment and Preliminary Order of Forfeiture of Substitute Asset was entered on January 28, 2015, forfeiting defendant Harris's interest in the property located at 3051 B ½ Road, Grand Junction, Colorado, as a substitute asset;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT a Petition for Ancillary Hearing has been filed as to the subject property, and settlement has been reached as to that claim;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the substitute asset described above shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c), free from the claims of any other party, except as provided in settlement;

THAT the United States shall have full and legal title to the forfeited substitute asset; and

THAT the substitute asset shall be applied to defendant's Forfeiture Money Judgment.

DATED: October 29, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge